

# NUMBER 13-19-00073-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

FRED HOFFMAN, **Appellant,**

**v.**

JAMIE CROSS, ET AL., **Appellees.**

### On appeal from the 343rd District Court
### of Bee County, Texas.

# MEMORANDUM OPINION
### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Benavides

The appellant's brief in the above cause was due on August 8, 2019. On August 21, 2019, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly

injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

GINA M. BENAVIDES,
Justice

Delivered and filed the
17th day of October, 2019.